In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-12-00307-CR
_____

JANSON MICHAEL DURNEY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 5
Montgomery County, Texas
Trial Cause No. 11-272011

MEMORANDUM OPINION

The trial court convicted Janson Michael Durney of the misdmeanor offense of failure to identify and assessed a one year jail term and a $500 fine as punishment, then suspended the imposition of the jail sentence and placed Durney on community supervision for eighteen months. *See* Tex. Penal Code Ann. § 38.02(b), (d)(2) (West 2011). Representing himself *pro se* and without claiming indigence, Durney appealed but did not make payment arrangements for the record. After giving notice and providing an opportunity to cure, we dismissed the appeal. *See* Tex. R. App. P. 37.3(b). We granted

1

Durney's motion to reinstate after we received the clerk's record, but he failed to file a brief. We remanded the case to the trial court with instructions to determine whether Durney desires to prosecute his appeal. *See* Tex. R. App. P. 38.8(b)(2). After conducting a hearing, which Durney failed to attend, the trial court found that the appellant no longer desires to pursue the appeal.

Durney's failure to file a brief constitutes abandonment of the appeal. *See Parker v. State*, 69 S.W.3d 677, 678 (Tex. App.—Waco 2002, no pet.). Durney is not indigent and has failed to make arrangements for filing a brief. Accordingly, we exercise our authority to consider this appeal without briefs. *See* Tex. R. App. P. 38.8(b)(4). We review the record in the interest of justice. *Lott v. State*, 874 S.W.2d 687, 688 (Tex. Crim. App. 1994). Our review of the record has not revealed an error requiring reversal on unassigned error. We affirm the trial court's judgment.

AFFIRMED.

_____
DAVID GAULTNEY
Justice

Opinion Delivered March 27, 2013
Do Not Publish

Before McKeithen, C.J., Gaultney and Kreger, JJ.

2